IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TAMMY PURVIS; and SCOTT GEORGE, as the surviving natural parents of Neal Sheppard George, deceased, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONSERVATION FORESTRY III, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:22-cv-100 |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Stay.  Doc. 13.  The parties indicated they have scheduled a mediation for December 30, 2022.  Id. at 2.  In order to allow the parties to prepare for and participate in mediation, they request the case be stayed until December 30, 2022.  Id.  After that date, if mediation is unsuccessful, Defendants who have not yet responded to Plaintiff's First Amended Complaint will file their response on January 3, 2023.  Id.  Further, the parties will conduct their Rule 26(f) conference on or before January 15, 2023.  Id.  Upon review and for good cause shown, the Court hereby **GRANTS** the Motion and **STAYS** discovery, up to and including December 30, 2022.  Furthermore, the Court **DIRECTS** the parties to submit a status report on or before December 31, 2022, to inform the Court if mediation was successful.

**SO ORDERED**, this 9th day of November, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA